416 A.2d 92

**In re ESTATE of Jerome J. DePRATOR, Deceased.**

**Appeal of Howard L. FRITZ.**

Supreme Court of Pennsylvania.

Submitted April 15, 1980.

Decided July 3, 1980.

John R. Fernan, Ridgway, for appellant.

George L. Daghir, St. Marys, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM.

Decree affirmed. Each party bear own costs.